## John G. Eenigenburg, Appellee, v. Lincoln-Lansing Drainage District et al., Appellants.

### Gen. No. 43,139.

Heard in the second division, first district, this court at the October term, 1944; opinion filed April 19, 1945; released for publication May 2, 1945. Edward T. Howe, for appellants; Chester D. Kern, for appellee. Opinion by JUSTICE FRIEND. Not to be published in full.